UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MACKENZIE MATTOX,

Plaintiff,

v.

BELLEVUE DIVISION, *et al.*,

Defendants.

Case No. C26-3691-RAJ

REPORT AND RECOMMENDATION

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application states that for the past twelve months, she has received $21,180.00 of income from disability, unemployment, workers compensation or public assistance. (*Id.* at 1.) She also identifies monthly expenses of $873.83 for her car insurance, gym membership, gasoline, groceries, and rent. (*Id.* at 2.) Plaintiff's IFP application further indicates that she has approximately $1,088.00 in her checking account and $1,001.00 in her savings account. (*Id.*) Finally, Plaintiff states she owes $1,782.74 to an unidentified collection agency. (*Id.*)

The district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for *in forma pauperis* status,

a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004), *cert. denied*, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that he or she "cannot because of his [or her] poverty pay or give security for the costs and still be able to provide him[ or her]self and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal alterations omitted).

After careful consideration of Plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends that Plaintiff's IFP application (dkt. # 1) be DENIED and Plaintiff be directed to pay the filing fee. Plaintiff's application declares funds and assets that are adequate to pay the $405.00 filing fee for the instant action.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by the day before the noting date. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 21, 2026**.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

Dated this 6th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge