The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACKENZIE MATTOX,<br><br>Plaintiff,<br><br>v.<br><br>BELLEVUE DIVISION, *et al.*,<br><br>Defendants. | Case No. C26-3691-RAJ<br><br>ORDER |

Having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's application to proceed IFP (dkt. # 1) is DENIED. Plaintiff is directed to pay the filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to close the case.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated the 23rd day of October, 2026.

The Honorable Richard A. Jones
United States District Judge